IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Jimmy Dean Jones, a/k/a Jimmy D. Jones, | ) | C/A No.: 1:12-1033-TLW-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Tim Riley, Warden; Laura Caldwell; and Gary Lane, | ) | |
| Defendants. | ) | |

This matter comes before the court on Plaintiff's motion [Entry #43] for a copy of his amended complaint. The court does not provide copies to litigants free of charge. Therefore, to the extent Plaintiff seeks a free copy of his amended complaint [Entry #21], his request is denied. The Clerk's Office charges 50 cents per page for copies. If Plaintiff wishes to purchase a copy of the 51-page amended complaint, he may contact the Clerk of Court at 803-765-5816 or 901 Richland Street, Columbia, SC 29201 to make payment arrangements.

IT IS SO ORDERED.

October 11, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge